# Exhibit A

# Exhibit A



Select Language ▼

Powered by Google Translate

# Civil Court Case Information - Case History

## Case Information
Case Number: CV2020-008299  Judge: Stephens, Sherry
File Date: 7/17/2020  Location: Downtown
Case Type: Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Allen Lee | Plaintiff | Male | Mack Jones |
| Lowes Home Centers L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/20/2020 | SUM - Summons | 8/21/2020 | |
| 8/20/2020 | AFS - Affidavit Of Service | 8/24/2020 | |

**NOTE:** LOWES HOME CENTERS LLC

| | | | |
|---|---|---|---|
| 7/17/2020 | COM - Complaint | 7/20/2020 | |
| 7/17/2020 | CCN - Cert Arbitration - Not Subject | 7/20/2020 | |
| 7/17/2020 | CSH - Coversheet | 7/20/2020 | |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**

Mack T. Jones (006369)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com



ORIGINAL

CLERK OF THE
SUPERIOR COURT
FILED
J. FORD, DEP

2020 AUG 20  AM 11: 05

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| Allen Lee, a married man, filing individually; <br><br> Plaintiff; <br><br> v. <br><br> Lowe's Home Centers, LLC, a North Carolina limited liability company; Does I - V <br><br> Defendants. | NO. CV2020-008299 <br><br> **SUMMONS** <br><br> If you would like legal advice from a lawyer, contact the Lawyer Referral Service at 602-257-4434 <br> or <br> www.maricopalawyers.org <br> Sponsored by the <br> Maricopa County Bar Association |

**TO DEFENDANT(S):**   LOWE'S HOME CENTERS, LLC
c/o Corporation Service Company, Statutory Agent
8825 North 23rd Avenue, Suite 100
Phoenix, Arizona 85021

You are hereby summoned and required to appear and defend in the above entitled action in the above entitled court within TWENTY DAYS exclusive of the day of service after service of this summons upon you if served within the State of Arizona, and within THIRTY DAYS exclusive of the day of service if served without the State of Arizona, and you are hereby notified that in case you fail so to do, judgment by default will be rendered against you for the relief demanded in the complaint.

1     Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by party needing accommodation or his/her counsel at least THREE (3) JUDICIAL DAYS in advance of a scheduled court proceeding. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least TEN (10) JUDICIAL DAYS in advance of a scheduled court proceeding.

The name and address of the attorney for the Plaintiff is:

Mack T. Jones  
JONES|RACZKOWSKI PC  
2141 East Camelback Road, Suite 100  
Phoenix, Arizona 85016-4723

    GIVEN UNDER MY HAND and the seal of the Superior Court of the State of Arizona in and for said County this date:    JUL 17 2020

JEFF FINE         JEFF FINE, CLERK
Clerk of the Superior Court



By_____
Deputy Clerk

A. Sutton

JEFF FINE
Clerk of the Superior Court
By Amber Sutton, Deputy
Date 07/17/2020 Time 09:24:41
Description                        Amount
--------- CASE# CV2020-008299 ---------
CIVIL NEW COMPLAINT                333.00

TOTAL AMOUNT                       333.00
        Receipt# 27866018

Mack T. Jones (006369)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY

| | |
|---|---|
| Allen Lee, a married man, filing individually; | NO. CV2020-008299 |
| Plaintiff; | **COMPLAINT** |
| v. | (Tort Non-Motor Vehicle) |
| Lowe's Home Centers, LLC, a North Carolina limited liability company; Does I - V | |
| Defendants. | |

Plaintiff Allen Lee alleges:

1. Plaintiff Allen Lee is a married man residing in Maricopa County, Arizona.

2. Defendant Lowe's Home Centers, LLC is a North Carolina limited liability company that caused an event to occur in Maricopa County, Arizona and is doing business in Maricopa County, Arizona.

3. Specifically Lowe's Home Centers, LLC possessed and operated the home improvement store premises, Store No. 2582, located at 4300 South Arizona Avenue, Chandler, Arizona on July 20, 2018.

4. Does I - V are corporations, partnerships, other entities or individuals other than Defendant Lowe's Home Centers, LLC who possessed,

1  managed and/or operated the home improvement store premises located at 4300 South Arizona Avenue, Chandler, Arizona on July 20, 2018.

5. The actions, omissions, and conduct giving rise to this cause of action occurred in Maricopa County, Arizona and this Court has subject matter and personal jurisdiction. Venue is appropriate in Maricopa County pursuant to A.R.S. §12-401.

6. As the possessors, managers and/or operators of the home improvement store premises located at 4300 South Arizona Avenue, Chandler, Arizona on July 20, 2018, Defendants Lowe's Home Centers, LLC and Does I - V had an affirmative duty to maintain the premises in reasonably safe condition for the benefit of business invitees, specifically including Plaintiff.

7. On July 20, 2018, Plaintiff was intending to purchase bags of cement from Defendants' home improvement store located at 4300 South Arizona Avenue, Chandler, Arizona.

8. Finding the desired bags of cement stacked on a pallet situated on the second tier of a self-service display exceeding six feet in height, Plaintiff went over to a female cashier to request assistance with the cashier advising that she would call another employee, presumably male, to provide assistance, but an employee did not arrive.

9. As Plaintiff attempted to download a bag of cement stacked on a pallet situated on the second tier of a self-service display exceeding six feet in height, a second bag of cement, obscured because it was behind and above the bag Plaintiff was handling, slid forward and fell striking Plaintiff.

10. Plaintiff tried to block and/or catch the bag of cement in its downward descent, but was unsuccessful sustaining injuries to both shoulders resulting in Plaintiff having to undergo open surgeries on both shoulders.

11. Plaintiff was injured as a direct and proximate result of an unreasonably dangerous condition, specifically bags of cement stacked on a pallet situated on the second tier of a self-service display exceeding six feet in height with the topper most bag being obscured from sight, as to which Defendants Lowe's Home Centers, LLC and Does I - V had actual or constructive notice or were otherwise negligent.

12. In addition, Defendants negligently: (1) failed to provide requested assistance to Plaintiff in obtaining merchandise, specifically cement bags, within a reasonable time of the request; and (2) placing merchandise, specifically cement bags weighing at or more than fifty pounds, at a height greater than six feet for self service by customers.

13. Plaintiff has incurred health care expenses for treatment of the injuries caused by Defendants' negligence, and Plaintiff may continue to incur such expenses.

14. Plaintiff has incurred a loss of wages, earnings and earning capacity, and other benefits and/or opportunities because of the injuries caused by Defendant's negligence.

15. Plaintiff has experienced pain, discomfort, suffering, annoyance, mental and emotional distress, loss of enjoyment of life, and other types of general damage because of the injuries caused by Defendant's negligence, and Plaintiff may continue to experience such general damages in the future; the exact amount of Plaintiff's general damages is undetermined, but in excess of the jurisdictional minimum of this Court.

16. Plaintiff further alleges the claimed total damages qualify this matter as a Tier 3 case pursuant to Rules 8(b)(2) and 26.2(c), Arizona Rules of Civil Procedure.

1     WHEREFORE, Plaintiff requests judgment against Defendants for reasonable compensatory damages in excess of this Court's jurisdictional minimum, taxable costs, and all other appropriate relief.

DATED this 17th day of July, 2020.

JONES | RACZKOWSKI PC

_____
By Mack T. Jones
Attorneys for Plaintiff

Mack T. Jones (006369)
**JONES | RACZKOWSKI PC**
2141 East Camelback Road, Suite 100
Phoenix, Arizona 85016-4723
(602) 840-8787 Fax (602) 840-0425
mjones@azpremiseslaw.com

Attorneys for Plaintiff

CLERK OF THE
SUPERIOR COURT
FILED
A. SUTTON, DEP
2020 JUL 17 AM 9: 25

**SUPERIOR COURT OF ARIZONA, MARICOPA COUNTY**

| | |
|---|---|
| Allen Lee, a married man, filing individually;<br><br>Plaintiff;<br>v.<br><br>Lowe's Home Centers, LLC, a North Carolina limited liability company; Does I - V<br><br>Defendants. | NO. CV2020-008299<br><br>**CERTIFICATE OF NON-COMPULSORY ARBITRATION** |

The undersigned certifies that the largest award sought by the Plaintiff, including punitive damages, but excluding interest, attorneys' fees and costs ***does*** exceed the limits set by Local Rule for compulsory arbitration, and certifies that this case ***is not*** subject to compulsory arbitration as provided by Rules 72 through 76 of the Arizona Rules of Civil Procedure.

DATED this 17th day of July, 2020.

JONES | RACZKOWSKI PC

*/s/ Mack T. Jones/*

By Mack T. Jones
Attorneys for Plaintiff

Original filed; Copy hand-delivered this 17th day of July, 2020, to:

Court Administration
**MARICOPA COUNTY SUPERIOR COURT**
201 West Jefferson - 4th Floor
Phoenix, Arizona 85003

By: _____

**In the Superior Court of the State of Arizona**
**In and For the County of** Maricopa

Case Number _CV2020-008299_

**CIVIL COVER SHEET - NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _Mack T. Jones_

Attorney Bar Number _006369_

Is Interpreter Needed? ☐ Yes
If yes, what language(s): _____

CLERK OF THE
SUPERIOR COURT
FILED
A. SUTTON, DEP
2020 JUL 17 AM 9: 24

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Allen Lee | 1353 East Bartlett Way, Chandler AZ 85249 | 480-320-0551 | doclee747@gmail.com |

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Lowe's Home Centers, LLC
Does I - V

(List additional Defendants on page two and/or attach a separate sheet)

### RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT:** Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected. State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____    ☐ Tier 1    ☐ Tier 2    ☒ Tier 3

### NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.

**100 TORT MOTOR VEHICLE:**

☐ 101 Non-Death/Personal Injury*
☐ 102 Property Damage*
☐ 103 Wrongful Death*

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- [ ] 111 Negligence*
- [ ] 112 Product Liability – Asbestos*
- [ ] 112 Product Liability – Tobacco*
- [ ] 112 Product Liability – Toxic/Other*
- [ ] 113 Intentional Tort*
- [ ] 114 Property Damage*
- [ ] 115 Legal Malpractice*
- [ ] 115 Malpractice – Other professional*
- [x] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- [ ] 121 Physician M.D.*
- [ ] 122 Physician D.O*
- [ ] 123 Hospital*
- [ ] 124 Other*

## 130 & 197 CONTRACTS:

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (i.e. Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment

- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property *
- [ ] Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- [ ] Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute- Discrimination*

Case No._____

☐ 185 Employment Dispute-Other*
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*
_____
(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order    ☐ Provisional Remedy    ☐ OSC    ☐ Election Challenge
☐ Employer Sanction              ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:
https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901



CLERK OF THE
SUPERIOR COURT
FILED
J. FORD, DEP

2020 AUG 20  AM 11: 05

Inv. # 138676

**SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

ALLEN LEE

Plaintiff / Petitioner,

vs.

LOWE'S HOME CENTERS, L.L.C.; et al.

Defendant / Respondent.

NO. CV2020-008299
CERTIFICATE OF SERVICE

<u>Tina Nemeth</u>, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:
**SUMMONS & COMPLAINT, CERTIFICATE OF ARBITRATION, CIVIL COVER SHEET**

from _____ Mack T. Jones c/o Jones Raczkowski PC _____ on _____ 8/18/20 _____ ;
that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** LOWE'S HOME CENTERS, L.L.C., c/o Corporation Service Company

**DATE & TIME:** 8/18/20 12:01pm
**PLACE &** 8825 N. 23RD AVENUE STE.100 PHOENIX, AZ 85021, which is his/her place of business.
**MANNER:** By serving Brooklyn Vandeventer, Service of Process Coordinator, a person authorized to accept such service on their behalf, in person.

Description of the Named: Female, Age: 20's, Ht: 5' 3in., Wt: 180, Eyes: blue, Hair: brown, Ethnicity: Cauc.

Affiant - Registered in
**Maricopa County**

<u>Statement of Costs</u>
Services     $16.00
Mileage      $28.80
Sp. Handl.
Witness
Advances
Cert. Prep   $15.00
Other
Total        $59.80

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.



# Notice of Service of Process

LDD / ALL
Transmittal Number: 21907037
Date Processed: 08/18/2020

| | |
|---|---|
| Primary Contact: | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |
| Entity: | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| Entity Served: | Lowe's Home Centers, LLC |
| Title of Action: | Allen Lee vs. Lowe's Home Centers, LLC |
| Matter Name/ID: | Allen Lee vs. Lowe's Home Centers, LLC (10448234) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Maricopa County Superior Court, AZ |
| Case/Reference No: | CV2020-008299 |
| Jurisdiction Served: | Arizona |
| Date Served on CSC: | 08/18/2020 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Mack T. Jones<br>602-840-8787 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com